No. 23-1552

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

ANTHONY D. LEE, SR.,
    *Petitioner-Appellant,*

v.

DARREN GALLOWAY, WARDEN,
    *Respondent- Appellee.*

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
Case No. 1:11-cv-00183
District Judge Martha M. Pacold

**MOTION FOR LEAVE TO WITHDRAW VICTORIA J. HALL-PALERM
AS COUNSEL FOR PETITIONER-APPELLANT**

The law firm Jenner & Block LLP, files this Motion for Leave to Withdraw Victoria J. Hall-Palerm as counsel for Petitioner-Appellant Anthony D. Lee, Sr. in the above captioned matter. In support of this motion, Jenner & Block LLP states as follows:

1. Jenner & Block LLP was appointed by this Court to represent Mr. Lee on February 13, 2013. *See Lee v. Hardy*, No. 12-2317 (7th Cir. 2013), ECF No. 8.

2. Michael T. Brody of Jenner & Block LLP has represented Mr. Lee in the district court since September 2019, and filed an appearance as

counsel of record in this appeal on March 27, 2023. *See* App. Dkt. 2. Abraham M. Salander, Erica S. Turret, and Ms. Hall-Palerm, associates at Jenner & Block, have assisted Mr. Brody in Mr. Lee's representation and filed appearances in this matter. App. Dkts. 3, 4, 22.

3. On November 21, 2023, Ms. Hall-Palerm is leaving the firm of Jenner & Block LLP.

4. Michael T. Brody, counsel of record, Abraham M. Salander, Erica S. Turret, and Jenner & Block LLP will continue to represent Mr. Lee.

5. Mr. Lee has been apprised of and does not object to the relief requested in this motion.

WHEREFORE, for the foregoing reasons, Jenner & Block LLP respectfully requests that this Court grant leave to withdraw Victoria J. Hall-Palerm as counsel for Petitioner-Appellant Anthony D. Lee, Sr. as of November 21, 2023.

Dated: November 16, 2023    Respectfully submitted,

JENNER & BLOCK LLP

/s/ Michael T. Brody
Michael T. Brody
 *Counsel of Record*
Abraham M. Salander
Erica Turret
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
mbrody@jenner.com

*Counsel for Petitioner-Appellant Anthony D. Lee, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2023, I caused the **Motion For Leave To Withdraw Victoria J. Hall-Palerm As Counsel For Petitioner-Appellant** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Michael T. Brody
Michael T. Brody